IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CARPENTERS DISTRICT COUNCIL OF KANSAS CITY PENSION FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No: 07-RJ-0022 ) |
| BLACKINTON AND DECKER, INC., | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| UMB BANK, | ) ) |
| Garnishee. | ) |

ORDER TO PAY

The Court has reviewed Plaintiffs-Garnishors' Motion and Suggestions for Order Directing Garnishee to Pay Garnishment Proceeds to Plaintiffs-Garnishors filed on January 6, 2010, as well as Garnishee's Answers to Interrogatories to Garnishee and the Judgment entered in this cause. Having been fully advised in the premises, it is hereby

ORDERED that the Garnishee, is to pay the sum of Three Hundred Seventeen and 32/100 Dollars ($317.32) into Court and that within ten (10) days thereafter, the Clerk of the Court pay the sum Three Hundred Seventeen and 32/100 ($317.32) Dollars to the Plaintiffs-Garnishors with the check being made payable to the "Carpenters District Council of Kansas City Fringe Benefit Funds".

DATED at Denver, Colorado, this 15th day of January, 2010.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge